## BROWN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 36, September Term, 1962.]

*Decided December 13, 1962.*

Before Henderson, Hammond, Prescott, Horney and Marbury, JJ.

Per Curiam.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the elaborate and complete opinion of Judge Manley in the court below.